**Dismissed and Opinion Filed October 5, 2021**



**In the**

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00293-CV

**RONALD A. BURNOM, Appellant**
**V.**
**AAKHU B.S. SHETET, Appellee**

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-19-08333**

## MEMORANDUM OPINION

Before Justices Myers, Partida-Kipness, and Carlyle
Opinion by Justice Carlyle

Appellant no longer desires to pursue this appeal and has filed a motion to

dismiss. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


210293f.p05

/Cory L. Carlyle//
CORY L. CARLYLE
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

RONALD A. BURNOM, Appellant

No. 05-21-00293-CV     V.

AAKHU B.S. SHETET, Appellee

On Appeal from the 302nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DF-19-08333. Opinion delivered by Justice Carlyle, Justices Myers and Partida-Kipness participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this 5th day of October, 2021.